Marco Gonzalez (SBN 190832)
Livia Borak Beaudin (SBN 259434)
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JELD-WEN, Inc., a Delaware corporation;<br><br>Defendant. | Civil Case No.: 3:17-cv-01811-LAB-KSC<br><br>**NOTICE OF COMPLETION OF 45-DAY REVIEW PERIOD AND REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on October 6, 2017, Plaintiff Coastal Environmental Rights Foundation ("Plaintiff") filed a Notice of Settlement advising the Court that Plaintiff and Defendant Jeld-Wend, Inc. ("the Parties") have reached a settlement whose specific terms are set forth in a Proposed Consent Decree. (See ECF Document No. 4).

The United States Department of Justice ("DOJ") received the Proposed Consent Decree on September 27, 2017. On November 13, 2017, the United States DOJ filed its Statement of Interest and Comments ("Statement"). (See ECF Document No. 6). Pursuant to the Statement, the federal government does not object to the entry of the Proposed Consent Decree.

The Statement reflects that the United States DOJ received a letter from the Environmental Center of San Diego, the Supplemental Environmental Project ("SEP") recipient, confirming that all funds received by the organization as a result of the Proposed Consent Decree would be used solely for the purpose outlined in the Decree and that the Environmental Center of San Diego agrees not to use any SEP funds it receives to fund political lobbying activities prohibited by section 501(c)(3) of the IRS Code. (See ECF Document No. 6, Exhibit 1).

The Proposed Consent Decree has been simultaneously submitted via email to efile_burns@casd.uscourts.gov. Accordingly, Plaintiff respectfully requests that this Court enter the Proposed Consent Decree by executing the Order on page 24 of the Proposed Consent Decree.

Dated: November 15, 2017

Respectfully submitted,
COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
CHRIS POLYCHRON (SBN 230103)
LIVIA B. BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com
cpolychron@coastlawgroup.com
livia@coastlawgroup.com

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, A California non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> JELD-WEN, INC. a Delaware corporation, <br><br> Defendant, | Civil Case No.: '17-cv-01811-LAB-KSC <br><br> **CERTIFICATE OF SERVICE** <br><br> Assigned Judge: <br> Hon. Larry Alan Burns <br> Magistrate Judge Karen S. Crawford |

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2017 I caused copies of the following documents:

**NOTICE OF COMPLETION OF 45-DAY REVIEW PERIOD AND REQUEST FOR ENTRY OF CONSENT DECREE** to be sent to the following parties via Electronic Mail:

| | |
|---|---|
| John J. Lormon<br>PROCOPIO<br>525 B. Street<br>Suite 2200<br>San Diego, CA 92101<br>Email: john.lormon@procopio.com<br>walter.rusinek@procopio.com<br>gloria.daviston@procopio.com | Attorneys for Defendant JELD-WEN, INC. |

and to be sent to the Department of Justice via ECF to:

| | |
|---|---|
| Christine W. Ennis<br>Brittany Davila<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov<br>brittany.davila2@usdoj.gov | Attorneys for US Department of Justice |

Dated: November 15, 2017         **COAST LAW GROUP, LLP**

By: s/Livia Beaudin
Livia Beaudin
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com