**FILED**

MAY 0 8 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JELD-WEN, Inc., a Delaware corporation;;<br><br>Defendant. | Case No. 3:17-cv-01811-LAB-KSC<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II)<br><br>Dept:       14 A<br>Judge:     Larry A. Burns<br>Mag. Judge: Karen S. Crawford |

Having considered the Joint Motion for dismissal of the above-captioned action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and Local Civil Rule 7.2 ("Joint Motion"), filed jointly by Plaintiff Coastal Environmental Rights Foundation ("Plaintiff" or "CERF"), and Defendant JELD-WEN, Inc. ("Defendant" or "JELD-WEN"; together with CERF, hereafter "the Parties"), and for good cause appearing therefor, the Court hereby GRANTS the Joint Motion in its entirety.

////

Accordingly, it is ordered that this action is DISMISSED WITH PREJUDICE in its entirety, and that each party shall bear his, her or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims, counterclaims, and defenses.

IT IS SO ORDERED.

DATED: May 8, 2019

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge